```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BONCHON LLC,                                                :
                                                            :
                          Plaintiff,                        :
                                                            :           20-CV-3938 (VSB)
              -against-                                     :
                                                            :                 ORDER
                                                            :
LKRG PROVISIONS & HOLDINGS, LLC                             :
(d/b/a/ Frontier Food Group),                               :
                                                            :
                          Defendant.                        :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 14, 2021, the parties appeared before me for a telephonic post-discovery conference. During the conference, the parties notified me that they need additional time to complete fact discovery. Accordingly, it is hereby:

ORDERED that the parties shall complete all outstanding fact discovery by March 18, 2021.

IT IS FURTHER ORDERED that the parties shall submit a joint letter proposing a briefing schedule for their anticipated motions for summary judge on or before March 18, 2021

SO ORDERED.

Dated: January 14, 2021
       New York, New York

Vernon S. Broderick
United States District Judge