**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BONCHON LLC,

                      Plaintiff,

    -against-                                      20 **CIVIL** 3938 (DLC)

                                                                  **JUDGMENT**

LKRG PROVISIONS & HOLDINGS, LLC d/b/a
FRONTIER FOOD GROUP,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 29, 2021, Bonchon's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       October 29, 2021

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                       **BY:**      *K. Mango*

                                                                **Deputy Clerk**